ment, entered, respectively, April 19 and March 5, 1897, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term and directing judgment for the plaintiff.

*David McClure* for appellant.

*John Frankenheimer* for respondent.

Judgment and order affirmed, with costs, on opinion below, Concur: GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not sitting: PARKER, Ch. J.

---

EDWARD G. SMITH, Respondent, *v.* ROBERT J. GRAY, Appellant.

*Smith* v. *Gray*, 19 App. Div. 262, affirmed.
(Argued April 2, 1900; decided April 17, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered, respectively, July 22 and July 10, 1897; affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Edmund Luis Mooney* for appellant.

*George W. Dease* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, LANDON and WERNER, JJ. Not sitting: PARKER, Ch. J. Not voting: O'BRIEN and CULLEN, JJ.

---

GEORGE FRUH, Respondent, *v.* WALTER F. DUCKWORTH et al., Appellants.

*Fruh* v. *Duckworth*, 23 App. Div. 624, affirmed.
(Argued April 2, 1900; decided April 17, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department,